UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

KUBILAY DURANTAS and
YASEMIN DURANTAS,

Debtors.

Chapter: 7

Case No.: 16-45018-ESS

**ORDER RELIEVING JAY MEYERS, ESQ.**
**AS COUNSEL FOR THE DEBTORS**

KUBILAY DURANTAS and YASEMIN DURANTAS, debtors ("Debtors") having filed a petition for relief under Chapter 7 of title 11 of the United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code") on November 4, 2016, and Jay Meyers, Esq. having been the attorney who represented the Debtors and filed said chapter 7 petition; and on July 24, 2018, the Debtors having filed an amended request to participate in the Court's Loss Mitigation program with creditor Bay Ridge Federal Credit Union ("Bay Ridge"), with respect to the property located at 110 Cannon Avenue, Staten Island, NY 10314, and the loan ending in 0507; and on August 7, 2018, Bay Ridge having filed an affirmation in opposition to the Loss; and, on August 8, 2018, the Court having issued a scheduling order setting the Loss Mitigation request for hearing on September 6, 2018 at 3:00 PM; and, on August 29, 2018, the Court having issued an order adjourning the hearing on the Loss Mitigation request to October 3, 2018 at 2:30 PM on request of the Debtors; and, on October 3, 2018, the Court having held a hearing on the Loss Mitigation request, at which the Debtors and Bay Ridge by its counsel, Sichenzia Ross Ference LLP, by Ralph E. Preite, Esq., having appeared and were heard; and the Debtors' counsel having failed to appear at the October 3, 2018 hearing; and by order of the Court dated October 4, 2018, the Court having scheduled a hearing for December 6, 2018 ("Hearing") for the Debtors and for Debtors' counsel Jay Meyers Esq. to show cause why Jay Meyers, Esq. should not be relieved as Debtors' counsel in this case; and no opposition having been interposed to the order to show cause; and a hearing having been held before the Court on December 6, 2018; and the Debtors having appeared at the Hearing; and

Bay Ridge by its counsel, Sichenzia Ross Ference LLP, by Ralph E. Preite, Esq., having appeared at the Hearing; and Jay Meyers Esq. , Debtors' counsel, having appeared at the Hearing by an associate who advised that Mr. Meyers had not been retained to represent the Debtors in connection with the loss mitigation procedure; and, after due deliberation having been had, and good and sufficient cause appearing therefore; it is

ORDERED, that Jay Meyers, Esq., be, and is hereby relieved as counsel to the Debtors.




**Dated: Brooklyn, New York**
**April 10, 2019**

**Elizabeth S. Stong**
**United States Bankruptcy Judge**